1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                  EASTERN DIVISION

10

11 LISA McWHORTER,            )    No.  EDCV 08-01658 RZ
                              )
12            Plaintiff,      )    [PROPOSED] ORDER AWARDING
                              )    EAJA FEES
13       v.                   )
                              )
14 MICHAEL J. ASTRUE,         )
   Commissioner of Social Security,  )
15                            )
            Defendant.        )
16 _____ )

17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be

21 awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the

22 amount of ONE THOUSAND EIGHT HUNDRED DOLLARS and no/cents

23 ($1,800.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and

24 conditions of the Stipulation.

25      DATED: September 2, 2009

26

27      _____
        UNITED STATES MAGISTRATE JUDGE

28

                        1